MARSHALL FIELD & Co. *v.* UNITED STATES

**No. 7593.**—Invoices dated London, England, March 17, 1941, etc.
Certified March 17, 1941, etc.
Entered at Chicago, Ill., April 29, 1941, etc.
Entry No. 4993, etc.

(Decided May 28, 1948)

*James W. Bevans* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the items marked "A" on the invoices and checked "GF" by examiner George Felzer, and that such values are the appraised values, less the additions made by the appraiser for British purchase tax.

Insofar as the appeals relate to all other merchandise they are hereby dismissed.

MAY 25, 1948

**No. 7594.**—North American Mercantile Co. v. United States. Entered at San Francisco, Calif. (Reap. Dec. 7565). Motion by plaintiff.

WORCESTER ROYAL PORCELAIN CO., INC. *v.* UNITED STATES

**No. 7595.**—Pro forma invoice dated London, England, May 1946.
Entered at New York, N. Y., August 16, 1946.
Entry No. 714216.

(Decided June 8, 1948)

*Fred Bennett* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.